# UNITED STATES DISTRICT COURT
for the

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2023 SEP -5 P 2: 15

CLERK OF COURT

James King
_____
*Petitioner*

v.

Case No. 23C1171
(Supplied by Clerk of Court)

Warden R.D Keyes
_____
*Respondent*
(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: James King
   (b) Other names you have used: True Name: Male Dixon
2. Place of confinement:
   (a) Name of institution: Federal Correctional Institution Oxford Wisconsin
   (b) Address: P.O. Box 1000 Oxford WI 53952

   (c) Your identification number: 71570-067
3. Are you currently being held on orders by:
   ☑ Federal authorities   ☐ State authorities   ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☑ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: U.S Dist. Court Middle Dist of Pennsylvania 235 N. Washington Ave, Suite 2C, Scranton, PA. 18501
   (b) Docket number of criminal case: 3:13-CR-00190
   (c) Date of sentencing: April 10, 2014
   ☐ Being held on an immigration charge
   ☐ Other (explain): _____

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

   ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   ☐ Pretrial detention

   ☐ Immigration detention

   ☐ Detainer

   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   ☐ Disciplinary proceedings

   ☐ Other (explain): _____

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court:   BOP FCI Oxford

   (b) Docket number, case number, or opinion number: _____

   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):

   I am challenging the fact that the BOP specifically Warden Keyes, is refusing to apply my Time Creditss, as requested by me, to my Pre-Release custody pursuant to the First Step Act, the Second Chance Act & other incentives per 18 U.S.C 3632(D)(6).

   (d) Date of the decision or action: _____

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☒ Yes      ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court:   BOP FCI Oxford

   (2) Date of filing:   June 27, 2023

   (3) Docket number, case number, or opinion number:   Remedy No: 1165679-F2

   (4) Result:   Denied

   (5) Date of result:   July 26, 2023

   (6) Issues raised:   Application of Federal Time Credits (FTC) be applied pursuant to the First Step Act to my sentence

(b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**

   After the first appeal, did you file a second appeal to a higher authority, agency, or court?

   ☐ Yes   ☒ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _____

   (2) Date of filing: _____

   (3) Docket number, case number, or opinion number: _____

   (4) Result: _____

   (5) Date of result: _____

   (6) Issues raised: _____

   (b) If you answered "No," explain why you did not file a second appeal: Because the available Administrative Remedy is wholly inappropriate to the relief sought and would be a patently futile course of action.(citing Fuller v. Rich, 11 F.3d 61,62(5th cir. 1994)

9. **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?

   ☐ Yes   ☒ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _____

   (2) Date of filing: _____

   (3) Docket number, case number, or opinion number: _____

   (4) Result: _____

   (5) Date of result: _____

   (6) Issues raised: _____

_____
_____
_____
_____

(b) If you answered "No," explain why you did not file a third appeal: _____

10. Motion under 28 U.S.C. § 2255

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes      xx☒ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes      ☐ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____
_____
_____
_____
_____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes      ☒ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____
_____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

11. Appeals of immigration proceedings
Does this case concern immigration proceedings?
☐ Yes ☑ No

If "Yes," provide:
(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes ☐ No
If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes xx☐ No
If "Yes," provide:
(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____

    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

_____
_____
_____
_____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes      XX☒ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _____
(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____

_____
_____
_____
_____
_____

### Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: <u>I am challenging the application of my Federal Time Credits (FTC) and how the Warden is refusing to apply them to my pre-release custody. Pursuant to The First Step Act PL 115-391, FSA time credits are NOT dependant on security level or PATTERN scores, according to the plain language of the statute & Congress'</u>

intent. The specific statute is 18 U.S.C 3632(Development of risk and needs assessment system). 18 U.S.C 3632(d)(4)(C) states: "Time credits earned under this paragragh by prisoners who successfully participate in residivism reduction programs or productive activities SHALL be applied toward time in prerelease custody or supervised release. The Director of the bureau of Prisons SHALL transfer eligible prisoners as determined under section 18 U.S.C 3624(g), into prerelease custody or supervised release.

Nowhere in the statute does it say, if inmates are determined to have a medium or high recidivism risk they're not allowed to apply earned time credits."

Furthermore, Congress' intent was to allow and have inmates with high & medium recidivism risk score benifit and be given priority to participate in Evidence Based Recidiviam Reduction programs.

The Warden, in his denial to my administrative remedy, cited current criteria's that make me "inappropriate" for early transfer to pre-release custody. FSA of 2018 5410.01 CN-2 dated 1March 10,2023, which states: "ordinarily inmates are considered inappropriate for early transfer to pre-release custody or supervised release if they have high or medium PATTERN recidicism risk levels or have found to have committed a 100 or 200-level prohibited act during your term of incarceration." (See Ex. A)

However, the Warden is relying on the BOP's version and interpretation of the First Step Act and not what was drafted and passed by Congress. The BOP has altered and amended Congress' plain wording and intent of the FSA.

It is widely known and has been decided that "Congress is free to structure a statute as it see fit." and "the Legislature says what it means and means what it says." The Court (nor the BOP) may replace the actual text with speculation as to Congress' Intent.

Therefore, the FSA must be read as written and with Congress' intent in mind. Congress in drefting and passing the FSA, was very emphatice with the words and language they used. Throughout the FSA, Congress use the word SHALL to emphasize the mandatory nature. (Blacks Law Dictionary Tenth Edition: shall. vb. (def. 12c) 1. has a duty to; more broadly, is required to. • This is the mandatory sense that drafters typically intend and that courts typically uphold.)

Also, as previously mentioned, nothing in the statute says that inmates who are medium and high recidivism risk scores cannot apply their time credits to early release or pre-release custody. In fact the only requirements for applying FSA credits is 1) you are not an ineligible prisoner as defined under 18 U.S.C 3632(D); 2) you are a prisoner who has earned time credits and successfully participated in recidivism reduction programs or productive activities and who have been determined to be at minimum risk or low risk of recidivism pursuant to their last two reassessments per 18 U.S.C 3632(C) or

Pursuant to 18 U.S.C 3635 (g) Prerelease Custody for Risk and Needs Assessment System Participants.- (1) Eligible Prisoners.-This subsection applies in the case of a prisoner (as such term is defined in section 3635) who--
"(A) has earned time credits under the risk and needs assessment system developed under subchapter D (referred to in this subsection as the 'System') in an amount that is equal to the remainder of the prisoner's imposed term of imprisonment;

"(B) has shown through the periodic risk reassessment a demonstrated recidivism risk reduction or has maintained a minimum or low recidivism risk, during the prisoner's term of imprisonment;

"(C) has been classified by the warden of the prison as otherwise qualified to be transferred into prerelease custody; and

"(D) (i) has been determined under the System to be a minimum or low risk to recidivate; or

"(ii) has had a petition to be transferred to prereleqase custody approved by the warden of the prison, after the warden's determination that--

"(I) the prisoner would not be a danger to society if transferred to prerelease custody;

"(II) the prisoner has made a good faith effort to lower their recidivism risk through participation on recidivism reduction programs or productive activities;

"(III) the prisoner is unlikely to recidivate; and

"(IV) the transfer of the prisoner to prerelease custody is otherwise appropriate.

When looking at the plain language and wording of the statute, Congress' intent is clear. Inmates who qualify to earn time credit & have earned time credits SHALL be applied toward time in pre-release custody. Congress imposed multiple criteria's that would allow a prisoner to apply time credits under section 3635(g). Inmates pursuant to 3635(D)(II), who has made a good faith effort to lower their recidivism risk through participation in recidivism reduction programs or productive activities qualify to apply time credits to pre-release custody.

Therefore, inmates with high and medium risk levels, can earn and apply time credits "if they have made a good faith effort to lower their recidivism risk through participating in the required programs." (See 18 U.S.C 3635(g)(D)(II) )

Lastly, nothing in Change Notice 5410.01 CN-2 dated March 10,2023, has no mention of inmates found to have committed a 100 or 200-level prohibited act during their term of incarceration, are considered inappropriate for early transfer to pre-release custody. (See Ex. B) Change Notice 5410.01 CN-2 makes references to Community Corrections Center (CCC) Utilization and Transfer Procedure. Within those procedures policy only states that certain inmates MAY be inappropriate for RRC placement. "Inmates who, during incarceration have refused programing or failed to engage in activities that prepare them for reentry MAY be inappropriate for RRC placement. Similarly, inmates with recent, serious, or chronic misconduct and those who have previously failed an RRC program MAY be inappropriate."

The program further states, "Professional judgment must be exercised, insofar as inmates with some misconduct, or some refusal to participate in programming, MAY still be appropriate for RRC placement. Staff must exercise their discretion in determining whether an inmate is ready to take advantage of the oppotunities and...."

The Wardens denial was based on me being found guilty by DHO of a Code 203-Threatening Bodily Harm. The Warden concluded that I had not made a good faith effort in lowering my risk of recidivism.

First, the Wardens position is contradictory. The Warden acknowledges that inmates who score as a medium can apply their time credits if they "have made a good faith effort in lowering their risk, according to 3635(g)(D)(II).

Second, Pursuant to § 523.43 Loss of FSA Time Credits. "A sanction of loss of FSA time credits by the Discipline Hearing Officer (DHO) may ONLY be imposed when an inmate is found to have committed a prohibited act.

Therefor, since the DHO did not take any FSA time credits for my violation, (See Ex. C--copy of DHO sanctions), I still retain my accumulated credits. And the warden cannot prohibit me from using them.

Since the Warden has determined me to be suitable for RRC placement, by signing and approving my RRC placement and date, the warden decided that I would not be a danger to society, am unlikely to recidivate and is suitable to reenter into the community. I received an RRC date of July 25, 2024, and am requesting that my FSA time credits be credited to my pre-release custody.

I have accumulated 365 days of tiem credits and an additional 155 days of RRC time. Since, according to the First Step Act, the Warden has pre-determined that I am suitable to reenter society by signing and approving my RRC placement, then I am eligible to apply my time credit days.

For the aforementioned reasons I respectfully request this Honorable Court to order that my FSA time credits be applied to my pre-release custody and be given an immediate release into pre-release custody Pursuant to the First Step Act.

Respectfully Submitted

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

I am trying to cash in my FSA credits pursuant to 18 U.S.C 3632(d)(4)(C) & 3635(g)(D)(II) to be applied to my pre-release custody.

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes    ☒ No

**GROUND TWO:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes    ☐ No

**GROUND THREE:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes    ☐ No

GROUND FOUR: _____

_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____
_____
_____
_____
_____

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: _____
_____
_____

## Request for Relief

15. State exactly what you want the court to do: I would klike the Courts to order that my FSA time credits be applied to my pre-release custody pursuant to the Fisrst Step ACT and I be given an immediate release into pre-release custody.

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

9-4--2023.

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date  9-4-23.

_____
Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any